# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Timothy Bozung

v.

Christianbook, LLC

Case No. 1:22-cv-304
Hon. Paul L. Maloney

TO: Christianbook, LLC
ADDRESS: c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE  19801

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
P.O. Box 698, 330 Federal Building, Marquette, MI  49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
113 Federal Building, 315 W. Allegan, Lansing, MI  48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
E. Powell Miller
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI  48307

CLERK OF COURT



By: Deputy Clerk          4/14/2022          Date

## PROOF OF SERVICE

This summons for __Christianbook, LLC__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☒ I served the summons on __The Corporation Trust Co., resident agent__ (name of individual), who is designated by law to accept service of process on behalf of __Christianbook, LLC__ (name of organization) on __4/20/2022__ (date).

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: May 2, 2022

/s/ Amy Davis
Server's signature

Amy Davis, legal assistant
Server's printed name and title

950 W. University Drive, Suite 300
Rochester, MI 48307
Server's address

Additional information regarding attempted service, etc.:

**SENDER: COMPLETE THIS SECTION**

- ☒ Complete items 1, 2, and 3.
- ☒ Print your name and address on the reverse so that we can return the card to you.
- ☒ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Christianbook, LLC
c/o The Corporation Trust Co
1209 Orange Street
Wilmington, DE  19801

9590 9402 4755 8344 2616 36

2. Article Number (Transfer from service label)

7014 0150 0002 0835 8732

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Mail
- ☐ Mail Restricted Delivery
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70140150000208358732

Your item was picked up at a postal facility at 6:32 am on April 20, 2022 in WILMINGTON, DE 19801.

USPS Tracking Plus® Available ⌄

  **Delivered, Individual Picked Up at Postal Facility**

April 20, 2022 at 6:32 am
WILMINGTON, DE 19801

Feedback

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌃

**April 20, 2022, 6:32 am**
Delivered, Individual Picked Up at Postal Facility
WILMINGTON, DE 19801
Your item was picked up at a postal facility at 6:32 am on April 20, 2022 in WILMINGTON, DE 19801.

**April 19, 2022, 9:51 am**
Available for Pickup
WILMINGTON, DE 19801

**April 19, 2022, 6:10 am**
Out for Delivery

WILMINGTON, DE 19801

**April 19, 2022, 5:12 am**
Arrived at Post Office
WILMINGTON, DE 19801

**April 18, 2022, 4:17 am**
Arrived at USPS Facility
WILMINGTON, DE 19801

**April 18, 2022, 3:55 am**
Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**April 17, 2022, 10:48 am**
Arrived at USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER

**April 17, 2022, 9:47 am**
Departed USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

**April 17, 2022, 9:07 am**
Arrived at USPS Regional Facility
SOUTH JERSEY NJ DISTRIBUTION CENTER

**April 17, 2022, 6:56 am**
Departed USPS Regional Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**April 16, 2022, 4:16 pm**
Arrived at USPS Regional Facility
JERSEY CITY NJ NETWORK DISTRIBUTION CENTER

**April 16, 2022, 2:53 am**
Departed USPS Regional Facility
DETROIT MI NETWORK DISTRIBUTION CENTER

Feedback

**April 15, 2022, 2:06 am**
Arrived at USPS Regional Origin Facility
DETROIT MI NETWORK DISTRIBUTION CENTER

**April 14, 2022, 6:01 pm**
Departed Post Office
ROCHESTER, MI 48307

**April 14, 2022, 11:31 am**
USPS picked up item
ROCHESTER, MI 48307

**USPS Tracking Plus®**

**Product Information**

Feedback

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**