5

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated, | |
| | Hon. Paul L. Maloney |
| Plaintiff, | Case No. 22-cv-00304-PLM-SJB |
| v. | **ORDER FOR EXTENSION OF DEFENDANT'S TIME TO FILE AN ANSWER OR OTHER RESPONSIVE PLEADINGS** |
| CHRISTIANBOOK, LLC, | |
| Defendant. | |

## ORDER FOR EXTENSION OF TIME TO FILE ANSWER OR <u>OTHER RESPONSIVE PLEADINGS</u>

Upon the Stipulation of the Parties here and Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the time for Defendant to file an answer or other responsive pleadings in this matter is extended thirty (30) days, until on or before June 10, 2022.

SO ORDERED.

Dated: _____, 2022            _____
                                        Hon. Paul L. Maloney