UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

    Plaintiff,

v.

CHRISTIANBOOK, LLC,

    Defendant.
_____/

Case No. 1:22-cv-304

HONORABLE PAUL L. MALONEY

## ORDER REGARDING MOTION TO DISMISS

Defendant filed a motion to dismiss (ECF No. 8) in which it argues that Plaintiff has failed to allege sufficient facts to support one or more of the claims in the complaint. If true, the claim or claims would be defective under the Supreme Court's plausibility standard. *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009) and *Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007).

The Court reviewed the motion. Without expressing any view as to the merits, the Court affords Plaintiff the opportunity to cure the allegedly inadequate pleading by granting Plaintiff leave to file an amended complaint, as allowed by Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure. An amended complaint must plead sufficient factual allegations that, if true, would "plausibly give rise to an entitlement to relief." *Iqbal*, 556 U.S. at 680. If Plaintiff timely files an amended complaint, the Court will deny without prejudice the motion to dismiss as moot. *See Bancoult v. McNamara,* 214 F.R.D. 5, 13 (D.D.C. 2003). If Plaintiff

does not timely file an amended complaint, Plaintiff must file a response to the motion to dismiss, and the Court will decide the motion.

Plaintiff must file either an amended complaint within twenty-one days after Defendant filed the motion to dismiss, Fed. R. Civ. P. 15(a)(1)(B), or Plaintiff must file a response to the motion to dismiss within twenty-eight days after Defendant filed the motion to dismiss, W.D. Mich. LCivR 7.2(c).

**IT IS SO ORDERED.**

Dated: June 15, 2022  /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge