# Exhibit A

# Christianbook Catalog Buyers Mailing List

Christianbook (formerly Christian Book Distributors) catalogs carry a wide variety of books, Bibles, commentaries, videos, CD's, software, children's products, gifts, art and more.

**Get Count**  **Get Pricing**  **Get More Information**

| SEGMENTS | | COUNTS THROUGH 02/28/2022 |
|---|---|---:|
| 3,264,000 | TOTAL UNIVERSE / BASE RATE | $95.00/M |
| 1,964,800 | 0-12 MO. BUYERS | $95.00/M |
| 1,169,000 | 0-6 MO. BUYERS | $105.00/M |
| 1,368,300 | 0-12 MO. BOOK BUYERS | + $17.00/M |
| 644,700 | 0-12 MO. CHILDREN'S PRODUCT BUYERS | + $17.00/M |
| 701,200 | 0-12 MO. GIFTS & HOME PRODUCT BUYERS | + $17.00/M |
| 1,300,300 | 13-24 MO. BUYERS | $90.00/M |
| 49,000 | 0-12 MO. CHURCH CUSTOMERS | + $17.00/M |

| | |
|---|---|
| POPULARITY: | ●●●●● 100 |
| MARKET: | BUSINESS AND CONSUMER |
| CHANNELS: | 📧 |
| SOURCE: | BUYERS, CATALOG, DIRECT RESPONSE |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 63% FEMALE 30% MALE |

## DESCRIPTION

Christianbook catalogs include a wide variety of books, Bibles, commentaries, videos, tapes and CD's, software, children's products, gifts, framed art, and more. The best products from varied publishing houses are available at discount prices.



These catalog and ecommerce customers are active Christians who have purchased books and other products to help them grow in their faith. They are highly educated and come from many denominations. They are actively involved in their churches and are frequent contributors to charitable offers.

NOTE: Donor Masterfile and Ethnic & Religious enhancements are available!! Please inquire for segment options.

### SELECTS

| | |
|---|---:|
| $25+ BUYERS | $7.00/M |
| $50+ BUYERS | $12.00/M |
| $75+ BUYERS | $17.00/M |
| ADDITIONAL PRODUCT | $17.00/M |
| AGE | $10.00/M |
| GENDER | $8.00/M |
| SCF | $8.00/M |
| STATE | $8.00/M |
| ZIP | $8.00/M |

### ADDRESSING

| | |
|---|---:|
| KEY CODING | NOT AVAILABLE |
| WEB UPLOAD | $79.00/F |

### RELATED LISTS

- MEREDITH DATABASE - CUSTOM MODELING
- WILAND NONPROFIT/FUNDRAISING/DONOR DATABASE
- ALLIANT DIRECT AUDIENCES - MODELING
- I-BEHAVIOR DATABASE
- DISABLED AMERICAN VETERANS ACTIVE DONORS