UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: REASSIGNMENT OF COGNATE
CASES PURSUANT TO LOCAL CIVIL            Administrative Order No. 22-CA-055
RULE 3.3.2(c)
_____/

**WHEREAS**, upon recommendation of Magistrate Judge Ray Kent, the following cases have been determined to be cognate cases alleging violations of the pre-July 31, 2016 version of Michigan's Preservation of Personal Privacy Act, which should be assigned to one judge; and all assigned Article III Judges having consented to reassignment:

| Case | Case No. | Assigned to |
| --- | --- | --- |
| Bozung v. Christianbook, LLC | 1:22-cv-304 | PLM |
| Meahl v. The Nation Company, LLC | 1:22-cv-402 | JMB |
| Bracy v. The Parable Group, Inc. | 1:22-cv-403 | JMB |
| Taylor v. Active Interest Media, Inc. | 1:22-cv-447 | PLM |
| Taylor v. Belvoir Media Group, LLC | 1:22-cv-477 | JMB |
| Osborn, et al. v. B.A.S.S., LLC | 1:22-cv-520 | JMB |
| Fotis, et al. v. This Old House Ventures, LLC | 1:22-CV-549 | JMB |
| Prestel v. Christianity Today International | 1:22-cv-551 | JMB |
| Kochanski v. American City Business Journals, Inc. | 1:22-cv-582 | JMB |
| Moore v. Columbia Books Inc. | 1:22-cv-583 | JMB |

**IT IS FURTHER ORDERED**, that, in the interests of judicial economy and to conserve judicial resources, the above cases shall be **REASSIGNED** to the Honorable Hala Y. Jarbou, who

has the previously filed cognate case of *Krassick v. Archaeological Institute of America,* case no. 2:21-cv-180, pursuant to W.D. Mich LCivR 3.3.2(c).

**IT IS FURTHER ORDERED** that Magistrate Judge Ray Kent shall be the assigned magistrate in each of these cases.

A copy of this Administrative Order shall be filed in each case referenced herein.

Dated:   June 30, 2022

ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE