UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

       Plaintiff,               Case No. 1:22–cv–304

   v.                      Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

       Defendant.

_____/

# NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

| | |
|---|---|
| Type of hearing(s): | Status Conference |
| Date/Time: | July 19, 2022   01:30 PM |
| District Judge: | Hala Y. Jarbou |
| Place/Location: | by video |

HALA Y. JARBOU
United States District Judge

Dated:   July 8, 2022    By:   /s/ A. Seymore
                                 Case Manager