UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

       Plaintiff,                            Case No. 1:22–cv–304

v.                                        Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

       Defendant.
_____/

## ORDER

      The Court having reviewed Plaintiff's Response to Order to Show Cause (ECF No. 17), **IT IS ORDERED** that Plaintiff has satisfied the July 8, 2022 order to show cause and the Court finds that dismissal of the case is not warranted at this time.

      IT IS SO ORDERED.

Dated:  July 18, 2022                                   /s/ Hala Y. Jarbou
                                                          HALA Y. JARBOU
                                                          Chief United States District Judge