UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## MINUTES

TIMOTHY BOZUNG,

    Plaintiff,

v.

CHRISTIANBOOK, LLC,

    Defendant.
_____/

CASE NO.: 1:22-cv-304
DATE: July 19, 2022
TIME: 1:46 PM – 2:06 PM
PLACE: Lansing (via Zoom)
JUDGE: Hala Y. Jarbou

## APPEARANCES

PLAINTIFF(S):
E. Powell Miller
Joseph I. Marchese
Philip L. Fraietta
Frank S. Hedin

DEFENDANT(S):
Jennifer Chunias
Matthew Joseph Boettcher

## PROCEEDINGS

NATURE OF HEARING:
Status conference held on the record; Plaintiff's firm to send a summary to the Court by 7/26/2022 regarding parties' positions on mediating and who to mediate with.

COURT REPORTER:   Genevieve Hamlin            /s/ A. Seymore
                                                                           CASE MANAGER