IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC, f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>    Defendant. | Hon. Hala Y. Jarbou<br>Case No. 22-cv-00304-HYJ-RSK<br><br>**JOINT STATUS REPORT TO COURT** |

## JOINT STATUS REPORT TO THE COURT

COME NOW Plaintiff Timothy Bozung and Defendant Christianbook, LLC, f/k/a Christian Book Distributors Catalog, LLC and report to the Court the following:

Pursuant to the Court's instruction at the July 19, 2022 status conference (ECF No. 21), the Parties had the opportunity to meet and confer regarding the Parties' respective positions on mediation.

On July 20, 2022, Plaintiff sent Defendant a letter requesting to mediate. In response, Defendant informed Plaintiff that, in light of its pending motion to dismiss and brief in support (ECF Nos. 18, 19), it is not interested in mediating at this time. Defendant respectfully requests that its pending motion be decided by this Court prior to any court-ordered mediation or otherwise, and, thus, also objects to any stay of this case until the Court rules on its motion to dismiss.

By: */s/ E. Powell Miller*
E. Powell Miller (P39487)
epm@millerlawpc.com
Sharon S. Almonrode (P33938)
ssa@millerlawpc.com
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200

Joseph I. Marchese
jmarchese@bursor.com
Philip L. Fraietta (P85228)
pfraietta@bursor.com
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Frank S. Hedin
fhedin@hedinhall.com
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801

*Attorneys for Plaintiff and the Putative Class*

By: */s/ Matthew J. Boettcher (w/permission)*
Matthew J. Boettcher
Mboettcher@plunkettcooney.com
Patrick C. Lannen
Plannen@plunkettcooney.com
**PLUNKETT COONEY, PC**
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel.: (248) 901-4035
Fax: (248) 901-4040

Jennifer L. Chunias
JChunias@goodwinlaw.com
Timothy Bazzle
TBazzle@goodwinlaw.com
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570-1000
Fax.: (617) 523-1231

*Attorneys for the Defendant*

## **CERTIFICATE OF SERVICE**

I, E. Powell Miller, an attorney, hereby certify that on July 26, 2022, I served the above and foregoing on all counsel of record by filing it electronically with the Clerk of the Court using the CM/ECF filing system.

>*/s/ E. Powell Miller*
>E. Powell Miller
>**THE MILLER LAW FIRM, P.C.**
>950 W. University Dr., Ste 300
>Rochester, MI 48307
>Tel: 248.841.2200