## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>Defendant. | Case No. 22-cv-00304-HYJ-RSK<br><br>Honorable Hala Y. Jarbou<br><br>Magistrate Judge Ray S. Kent |

### LOCAL RULE 7.2(b)(i)-(ii) CERTIFICATE OF COMPLIANCE

The undersigned counsel certifies pursuant to Local Civil Rule 7.2(b)(ii), Plaintiff's Brief in Opposition to Defendant Christianbook, LLC's Motion to Dismiss contains 5,479 words as defined by L.R. 7.2(b)(i). Microsoft Word for Office 365 Business version 1910 is the word processing software used to generate the word count in the attached brief.

Dated:  August 12, 2022         /s/ E. Powell Miller
                                E. Powell Miller (P39487)
                                **THE MILLER LAW FIRM, P.C.**
                                950 W. University Dr., Ste. 300
                                Rochester, MI 48307
                                Tel: (248) 841-2200
                                epm@millerlawpc.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com