UNITED STATES DISTRICT COURT  
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| **Case No:** 1:22-cv-00304-HYJ-RSK | | | |
|---|---|---|---|
| **Caption:** Bozung v. Christianbook, LLC | | | |
| **Date:** September 1, 2022 | **Time:** 10:00 - 10:15 a.m. | **Place:** Grand Rapids | **Magistrate Judge:** Hon. Ray Kent |

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Philip L. Fraietta<br>Gregory A. Mitchell | Timothy Bozung |
| **DEFENDANT:** | Dylan Schweers<br>Timothy Bazlle | Christianbook, LLC |

**PROCEEDINGS**

NATURE OF HEARING:

**RULE 16 Scheduling Conference held by telephone.**

**Case management order to issue.**

Proceedings Not Digitally Recorded

Deputy Clerk: S. Carpenter