IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>Defendant. | Case No. 22-cv-00304-HYJ-RSK<br><br>Honorable Hala Y. Jarbou<br><br>Magistrate Judge Ray S. Kent |

**PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Timothy Bozung ("Plaintiff"), individually and on behalf of all others similarly situated, moves to compel Christianbook, LLC f/k/a Christian Book Distributors Catalog, LLC ("Defendant" or "Christianbook") to produce all responsive, non-privileged documents in response to Plaintiff's Requests for Production and to provide substantive responses to Plaintiff's First Set of Interrogatories. Plaintiff states that, prior to bringing this motion, he—by and through his counsel—engaged in a lengthy meet-and-confer process that began with a phone call on November 30, 2022 and included numerous subsequent written communications. The meet-and-confer process was unsuccessful, thus necessitating the need for Court intervention.

Plaintiff, for his Motion, relies upon the arguments and authorities set forth in the Brief in Support of this Motion.

Dated: January 6, 2023                              Respectfully Submitted,

                                                                        */s/ E. Powell Miller*
                                                                        E. Powell Miller (P39487)
                                                                        Sharon S. Almonrode (P33938)

THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com
ssa@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
dhall@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com