UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

       Plaintiff,                     Case No. 1:22–cv–304

    v.                                  Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel (ECF No. 36) |
| Date/Time: | February 8, 2023   01:30 PM |
| Magistrate Judge: | Ray Kent |
| Place/Location: | 584 Federal Building, Grand Rapids, MI |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

                                                 RAY KENT
                                                 U.S. Magistrate Judge

Dated:   January 6, 2023        By:   /s/ Faith Hunter Webb
                                               Judicial Assistant