UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

      Plaintiff,                    Case No. 1:22–cv–304

    v.                           Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

      Defendant.
_____/

# **NOTICE OF HEARING**

TAKE NOTICE that a hearing on the following motion(s) has been **rescheduled** as set forth below:

| | |
|---|---|
| Motion(s): | Motion to Compel (ECF No. 36) |
| Date/Time: | February 16, 2023   11:30 AM<br>*(previously set for 2/8/2023 at 1:30 PM*) |
| Magistrate Judge: | Ray Kent |
| Place/Location: | by video |

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

*THE COURT WILL FURNISH THE PARTIES WITH THE VIDEO LINK.*

                                      RAY KENT
                                      U.S. Magistrate Judge

Dated:  February 2, 2023     By:  _/s/ Faith Hunter Webb_____
                                    Judicial Assistant