UNITED STATES OF DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

# MINUTES

| | |
|---|---|
| **Case No:** 1:22-cv-00304-HYJ-RSK | |
| **Caption:** Bozung v. Christianbook, LLC | |

| Date: | Time: | Place: | Magistrate Judge: |
|---|---|---|---|
| February 16, 2023 | 11:30 - 11:37 a.m. | Grand Rapids | Hon. Ray Kent |

**APPEARANCES**

| PARTY TYPE: | COUNSEL: | REPRESENTING: |
|---|---|---|
| **PLAINTIFF:** | Joseph I. Marchese<br>Gregory A. Mitchell | Timothy Bozung |
| **DEFENDANT:** | Jennifer Chunias<br>Timothy Bazzle | Christianbook, LLC |

**PROCEEDINGS**

NATURE OF HEARING:

MOTION HEARING held by video conference regarding Motion to Compel by plaintiff Timothy Bozung (ECF No. 36).

Order to issue.

Proceedings Digitally Recorded

Deputy Clerk: S. Carpenter