UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

    Plaintiff,

v.

                              Case No. 1:22-cv-304

CHRISTIANBOOK, LLC,

                              Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Plaintiff's motion for leave to file a notice of supplemental authority (ECF No. 48) is **GRANTED**. The Court has considered that authority when reviewing Defendant's motion to dismiss.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss (ECF No. 18) is **GRANTED** as set forth in the Court's opinion.

A judgment will enter in accordance with this Order.

Dated: March 6, 2023                /s/ Hala Y. Jarbou
                                                      HALA Y. JARBOU
                                                      CHIEF UNITED STATES DISTRICT JUDGE