UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

    Plaintiff,

v.

    Case No. 1:22-cv-304

    Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

    Defendant.
_____/

## JUDGMENT

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to state a claim.

Dated: March 6, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE