UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

       Plaintiff,

v.

CHRISTIANBOOK, LLC,

       Defendant.
_____/

Case No. 1:22–cv–304

Hon. Hala Y. Jarbou

## **ORDER**

    The Court GRANTS plaintiff's motion to seal (ECF No. 55) portions of their motion to ater judgment [58].

    IT IS SO ORDERED.

Dated:  March 21, 2023

                           /s/ Ray Kent
                           RAY KENT
                           U.S. Magistrate Judge