# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,

    Defendant.

Hon. Hala Y. Jarbou
Case No. 22-cv-00304-HYJ-RSK

**BRIEF IN SUPPORT OF DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) & FED. R. CIV. P. 60(b) AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a) (ECF NO. 58)**

Defendant Christianbook, LLC ("Christianbook" or "Defendant"), through its undersigned counsel, and in support of its Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 59(e) & Fed. R. Civ. P. 60(b) and for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) (ECF No. 58) ("Motion"), relies on the content of Defendant's Motion and Fed. R. Civ. P. 6(b).

                */s/ Matthew J. Boettcher*
Matthew J. Boettcher
Mboettcher@plunkettcooney.mom
Patrick C. Lannen
Plannen@plunkettcooney.com
Plunkett Cooney, PC
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel.:  (248) 901-4035
Fax:  (248) 901-4040

Jennifer L. Chunias
JChunias@goodwinlaw.com
Timothy Bazzle
tbazzle@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.:  (617) 570 1000
Fax.:  (617) 523 1231

*Attorneys for the Defendant*

Dated:  March 22, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on March 22, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

                */s/ Matthew J. Boettcher*
                Matthew J. Boettcher