**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC, )<br><br>Defendant. ) | Hon. Hala Y. Jarbou<br>Case No. 22-cv-00304-HYJ-RSK |

**CERTIFICATION OF ATTEMPT TO OBTAIN CONCURRENCE PER LOCAL RULE 7.1(D)**

Pursuant to Local Rule 7.1(d), on March 20 and March 22, 2023, counsel for Defendant Christianbook, LLC ("Christianbook" or "Defendant") contacted counsel for Plaintiff via email to request Plaintiff's concurrence to Defendant's requested extension. On March 22, 2023, Plaintiff's counsel responded that Plaintiff does not oppose Defendant's motion.

>*/s/ Matthew J. Boettcher*
>Matthew J. Boettcher
>Mboettcher@plunkettcooney.mom
>Patrick C. Lannen
>Plannen@plunkettcooney.com
>Plunkett Cooney, PC
>38505 Woodward Ave., Ste. 100
>Bloomfield Hills, MI 48304
>Tel.:  (248) 901-4035
>Fax:  (248) 901-4040
>
>Jennifer L. Chunias
>JChunias@goodwinlaw.com
>Timothy Bazzle
>tbazzle@goodwinlaw.com
>Goodwin Procter LLP
>100 Northern Avenue
>Boston, Massachusetts 02210
>Tel.:  (617) 570 1000
>Fax.:  (617) 523 1231
>
>*Attorneys for the Defendant*

Dated:  March 22, 2023

## CERTIFICATE OF SERVICE

I hereby certify that, on March 22, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

>*/s/ Matthew J. Boettcher*
>Matthew J. Boettcher