UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

        Plaintiff,                              Case No. 1:22–cv–304

v.                                        Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

        Defendant.

_____/

### ORDER

      The Court having reviewed Defendant's Unopposed Motion to Extend the Deadline to Respond to Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 59(e) & Fed. R. Civ. P. 60(b) and for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) (ECF No. 63), **IT IS ORDERED** that Defendant's motion (ECF No. 63) is **GRANTED**. The deadline is extended to April 4, 2023.

      IT IS SO ORDERED.

Dated:  March 22, 2023                                      /s/ Hala Y. Jarbou
                                                              HALA Y. JARBOU
                                                              Chief United States District Judge