**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC,<br><br>Defendant. | Hon. Hala Y. Jarbou<br>Magistrate Judge Ray Kent<br>Case No. 1:22-cv-00304-HYJ-RSK |

**BRIEF IN SUPPORT OF DEFENDANT CHRISTIANBOOK, LLC'S MOTION TO SEAL CERTAIN REFERENCES IN DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) & FED. R. CIV. P. 60(b) AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a) AND CERTAIN EXHIBITS TO TIMOTHY BAZZLE'S DECLARATION IN SUPPORT THERETO**

## **STATEMENT OF ISSUE PRESENTED**

1. May Defendant file under seal certain references in Defendant's Opposition to Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 59(e) & Fed. R. Civ. P. 60(b) and for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) ("Opposition") and Exhibits 2 and 4 to Timothy Bazzle's Declaration in Support Thereto ("Bazzle Declaration")?

    a.    Defendant answers: Yes.

## **CONTROLLING OR MOST APPROPRIATE AUTHORITIES**

- W.D. Mich. LCivR 10.6

For the reasons explained in the accompanying Motion to Seal Certain References in Defendant's Opposition to Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 59(e) & Fed. R. Civ. P. 60(b) and for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) and Certain Exhibits to Timothy Bazzle's Declaration in Support Thereto ("Motion to Seal"), Defendant respectfully requests that the Court grant its Motion to Seal, ordering that Exhibits 2 and 4 to the Bazzle Declaration and the unredacted Opposition be filed under seal pursuant to Local Civil Rule 10.6(b) and Paragraph 8 of the Protective Order. *See* ECF No. 35, PageID.1331.

Dated: April 4, 2023                     Respectfully submitted,

/s/ Timothy Bazzle
Timothy Bazzle
TBazzle@goodwinlaw.com
Jennifer L. Chunias
JChunias@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231

Matthew J. Boettcher
Mboettcher@plunkettcooney.com
Patrick C. Lannen
Plannen@plunkettcooney.com
Plunkett Cooney, PC
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel.: (248) 901-4035
Fax: (248) 901-4040

*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

The undersigned further certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants this 4th day of April, 2023.

*/s/ Timothy Bazzle*
Timothy Bazzle