## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

TIMOTHY BOZUNG, individually and on
behalf of all others similarly situated,

        Plaintiff,

        v.

CHRISTIANBOOK, LLC f/k/a CHRISTIAN
BOOK DISTRIBUTORS CATALOG, LLC,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Hon. Hala Y. Jarbou
Magistrate Judge Ray Kent
Case No. 1:22-cv-00304-HYJ-RSK

### CERTIFICATION OF ATTEMPT TO OBTAIN CONCURRENCE
### PER LOCAL RULE 7.1(D)

Pursuant to Local Rule 7.1(d), on April 3, 2023, counsel for Defendant Christianbook, LLC ("Christianbook" or "Defendant") contacted counsel for Plaintiff via email to obtain Plaintiff's concurrence in the filing of Defendant's Motion to Seal Certain References in Defendant's Opposition to Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 59(e) & Fed. R. Civ. P. 60(b) and for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) and Certain Exhibits to Timothy Bazzle's Declaration in Support Thereto.  On April 3, 2023, Plaintiff's counsel responded that Plaintiff does not oppose Defendant's motion.

1

Dated:  April 4, 2023

Respectfully submitted,

*/s/ Timothy Bazzle*
Timothy Bazzle
TBazzle@goodwinlaw.com
Jennifer L. Chunias
JChunias@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.:  (617) 570 1000
Fax.:  (617) 523 1231

Matthew J. Boettcher
Mboettcher@plunkettcooney.com
Patrick C. Lannen
Plannen@plunkettcooney.com
Plunkett Cooney, PC
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel.:  (248) 901-4035
Fax:  (248) 901-4040

*Attorneys for the Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 4, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

*/s/ Timothy Bazzle*
Timothy Bazzle
