IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC, <br><br> Defendant. | Hon. Hala Y. Jarbou <br> Magistrate Judge Ray Kent <br> Case No. 1:22-cv-00304-HYJ-RSK |

**DECLARATION OF TIMOTHY BAZZLE IN SUPPORT OF DEFENDANT CHRISTIANBOOK, LLC'S OPPOSITION TO PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) & FED. R. CIV. P. 60(b) AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)**

I, Timothy Bazzle, declare as follows:

1.  I am an attorney at the law firm of Goodwin Procter, LLP. I am counsel for Defendant Christianbook, LLC ("Christianbook" or "Defendant") in this matter. I am a member of good standing of the bar of the Commonwealth of Massachusetts, and admitted to practice in the United States District Court for the Western District of Michigan. I submit this Declaration in support of Defendant Christianbook, LLC's Opposition to Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 59(e) & Fed. R. Civ. P. 60(b) and for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(A).

3.  Attached hereto as **Exhibit 1** is a true and correct copy of Christianbook.com's Privacy Policy (last updated on November 29, 2010) and Bates-stamped CB00000053-56.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a spreadsheet Bates-stamped CB_00000361 and designated as "Confidential" by Christianbook pursuant to the Confidentiality Agreement and Stipulated Protective Order entered on December 8, 2022 (ECF No. 35).

5. Attached hereto as **Exhibit 3** is a true and correct copy of a January 19, 2022 letter K. Rossman, IV sent to P. Fraietta regarding Subpoena to Wiland in Bozung v. Christianbook, Case No. 1:22-cv-00304-HYJ-RSK, enclosing Wiland's objections to Plaintiff's third-party subpoena.

6. Attached hereto as **Exhibit 4** is a true and correct copy of a document Bates-stamped EXP_000001 and designated as "Confidential" pursuant to the Confidentiality Agreement and Stipulated Protective Order entered on December 8, 2022 (ECF No. 35).

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on this 4th day of April, 2023 in Boston, Massachusetts.

Timothy Bazzle
TBazzle@goodwinlaw.com
Jennifer L. Chunias
JChunias@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231

Dated:  April 4, 2023

Respectfully submitted,

*/s/ Timothy Bazzle*
Timothy Bazzle
TBazzle@goodwinlaw.com
Jennifer L. Chunias
JChunias@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.:  (617) 570 1000
Fax.:  (617) 523 1231

Matthew J. Boettcher
Mboettcher@plunkettcooney.com
Patrick C. Lannen
Plannen@plunkettcooney.com
Plunkett Cooney, PC
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel.:  (248) 901-4035
Fax:  (248) 901-4040

*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 4, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

>               */s/ Timothy Bazzle*
>               Timothy Bazzle