## INDEX OF EXHIBITS

- **Exhibit 1**: Christianbook.com's Privacy Policy (CB00000053-56)

- **Exhibit 2**: Spreadsheet designated as "Confidential" (CB_00000361)

- **Exhibit 3**: January 19, 2022 Letter regarding Subpoena to Wiland in Bozung v. Christianbook, Case No. 1:22-cv-00304-HYJ-RSK, enclosing Wiland's objections to Plaintiff's third-party subpoena)

- **Exhibit 4**: Document designated "Confidential" (EXP_000001)