# Exhibit 1

The Wayback Machine - https://web.archive.org/web/20160401074711/http://www.christianbook.com/page/info/privacy-notice

Christianbook.com
1-800-CHRISTIAN

Welcome to Christianbook.com!
Sign in or create an account

My Account   Wishlist   Help   Email Signup

ALL PRODUCTS   SEARCH

CART (0)   CHECKOUT
We now accept   for all orders

VBS   Bibles   Church   Bible Study   Books   eBooks   Fiction   Homeschool   Music   Kids
Toys   Bestsellers   Prayer   Christian Gifts   Bible Study   MP3s   Church DVDs Supplies   Bible Covers   Academic   Bargain Family   Gift Cards   Catalog   Members   More

# Christianbook.com's Privacy Policy

**BROWSE**

**All Products**
Academic
Accompaniment Tracks
Audiobooks
Bible Accessories
Bible Covers
Bible Studies & Curriculum
Bibles
Books
Buy in Bulk
Catholic
Children
Christian Living
Church & Pastoral
Church Supplies
Closeouts
Clothing & Accessories
Crafts & Recreation
Download
DVDs
eBooks
eBooks On Sale
Family
Fiction
Gift & Home
Homeschool
Last Chance Bargains
MP3 Music Downloads
Music
New Release
Non-Fiction
Pre-Order
Slightly Imperfect
Software
Spanish
Subscriptions
Sunday School
Teens
Toys
VBS
Videos

**REFINE BY**

Number of Pieces
Destination

This Privacy Policy was last updated on November 29, 2010.

Christianbook.com, LLC (Christianbook.com) respects the privacy of users of our website and is committed to disclosing our data collection practices so that users of our website can understand what information is collected and how it is used.

This Privacy Policy describes what information we collect from users of our website, how the information we collect is used, under what circumstances we disclose the information we collect, and our users' choices regarding the information we collect and how it is used and disclosed.

Your use of this website, including visiting any page which is a part of this website, constitutes your acceptance of the terms and conditions of this Privacy Policy.

## Information we collect

Information is received and collected automatically each time you visit the Christianbook.com site. We receive and collect your Internet Protocol (IP) address, the browser and operating system you are utilizing, the date and time of your visit, the pages of the site which you visit, the Internet address of the website from which you linked to our site and any promotion identifiers contained in these links, and the Internet address of any website to which you link from our site. If you maintain an account with Christianbook.com and log onto the site using such account information, we also receive and collect your user identification number, user name, and password.

We use "cookies" to automatically receive and collect certain information each time you visit the Christianbook.com site. Cookies are used on the Christianbook.com website to identify and link users to their shopping cart and to track other user behaviors related to their activities on the Christianbook.com website. "Cookies" are small files that contain unique alphanumeric identifiers that are transferred to your computer's hard drive to enable our system to recognize you and your browser. If you prefer not to allow cookies on your browser, you can find instructions for how to disable cookies in the help section of your browser's toolbar. However, please keep in mind this will interfere with certain features on our website, reduce the overall quality of your experience and hinder our ability to improve site functionality over time.

We use pixel tags or web beacons in conjunction with cookies to track what parts of our website were visited, track the effectiveness of our advertising campaigns with third parties and to update our third party analytics.

In the following instances, we may require you to submit personally identifiable information which we receive and collect: (1) open an account; (2) complete and submit an order on our site or from our catalogs; (3) request a catalog; (4) submit a customer review; (5) create a registry with Gift Registry Service; (6) enter a contest; (7) communicate with customer service; (8) conduct a search; or (9) subscribe to a newsletter or customer alert. The information which we may receive and collect in connection with any of these activities includes your name, address, telephone number, fax number, and email address; credit card information; names and addresses of the parties to whom product is shipped; content of reviews and emails sent to us; and, your password.

We also receive and collect certain information when you communicate to us by telephone, mail, fax, or email. We may request and receive a confirmation from you when you receive and open an email from us.

## How the information we collect is used

We use the information which we collect from you internally for the following purposes: process, track, and fulfill your order; communicate with you regarding your order; respond to a request for information; send you catalogs or promotional information and material; send you newsletters, customer alerts, and email; communicate with you regarding products you have purchased; improve our website; enhance our customer service; track customer preferences; and, improve and enhance our product selection.

CB-00000053

- Themes ▼
- DRM ▼
- Top Rated ▼
- Price ▼
- Discount ▼

**ADVANCED SEARCH LINKS**

Advanced Search
Commentary Search
Bible Finder
Homeschool Finder
Song Search
Bible Study Search

We do not sell or otherwise provide the information we collect from you to third parties except as described below. We share information with our subsidiary and affiliated companies which are owned or controlled by us or which are under common ownership and control as us and with certain third parties to whom we provide goods and/or services which are not our subsidiary or affiliated companies. We also share information with third party services providers, agents, and subcontractors which are not our subsidiary or affiliated companies and which provide certain services and goods to us including credit card processing; online check payment services; postal and delivery services; fulfillment services; data analysis services; market research; technology infrastructure; and, marketing, promotional, and advertising services. All third parties to whom we provide information have no right to use the information except to the extent necessary in connection with providing goods and/or services to us or our providing goods and services to them. All such third parties are contractually obligated to maintain the confidentiality and security of the information.

We may provide our mailing list (names, addresses, and/or email addresses) and information about individual shopping interests to other select companies whose products or services may be of interest to you. We may also send you catalogs or other promotional materials on behalf of other companies. See "What Are My Choices Regarding My Information?" below for your options regarding these other companies.

We may in the future sell some or all of our assets and/or business units, in which case, customer information may be one of the assets transferred. We may disclose any information that we collect if required by law or valid order of a court or other governmental authority or to protect the health and safety of our employees or the general public.

### *How is the information secured?*

All sensitive information which we receive and collect from you is secured using industry standard security and encryption technology such as Secured Sockets Layer (SSL) technology. This technology prevents information which is transmitted over the Internet from being intercepted and read by unauthorized parties. All information is stored on secured computers to which access is restricted.

### *How can I access my information?*

All of your personal information can be accessed by logging onto Your Account Page of our site. You may also track orders and recent account activity.

### *What are my choices regarding my information?*

You can review, modify, update, and delete any information contained in Your Account by logging onto Your Account page of our site.If you do not wish to receive promotional emails from us, you can indicate this by changing Your Email Preferences in the Account section of the Christianbook.com website or by sending an email to "unsubscribe@christianbook.com" with the word "unsubscribe" included in the subject field or by calling us toll free at 1-800-CHRISTIAN (1-800-247-4784, US and Canada; 1-978-977-5000 all other countries), or by writing us at CBD Mail Preference Service, P.O. Box 7000, Peabody, MA 01961-7000. (Please specify in your correspondence that you do not want to receive future email notices from CBD.)

If you wish to be removed from our mailing list, please send an email to "customer.service@christianbook.com", by calling us at 1-800-CHRISTIAN (1-800-247-4784, US and Canada; 1-978-977-5000 all other countries), or by writing to us at CBD Mail Preference Service, P.O. Box 7000, Peabody, MA 01961-7000. Please specify in your correspondence that you do not wish to receive mailings from CBD.

If you prefer that we do not share any of your information with other companies, you can indicate this by sending an email to us at "customer.service@christianbook.com", by calling us at 1-800-CHRISTIAN (1-800-247-4784, US and Canada; 1-978-977-5000 all other countries), or by writing to us at CBD Mail Preference Service, PO Box 7000, Peabody, MA 01961-7000. Please specify in your correspondence that you do not want us to share your address with other companies. If you are already receiving unwanted mailings, please provide us with your exact name and address.

If you do not wish to receive catalogs, emails, or other promotional materials from other companies, you can indicate this by sending an email to us at "customer.service@christianbook.com", by calling us at 1-800-CHRISTIAN (1-800-247-4784, US and Canada; 1-978-977-5000 all other countries), or by writing to us at CBD Mail Preference Service, PO Box 7000, Peabody, MA 01961-7000. Please specify in your correspondence that you do not want us to share your address with other companies. If you are already receiving unwanted mailings, please provide us with your exact name and address.

If you purchase products or services from our site without opening an account, you may indicate that you do not wish to receive catalogs, emails, or other communications from us or from other companies during the purchase ordering process. Please see "Information We Collect", above, for information on how to set your browser to deal with Cookies.

## Underage Users

If you are under the age of eighteen (18) years, you may use this web site and purchase products and services through the use of this web site only with the involvement and under the supervision of a parent or legal guardian.

## Links to other websites and third-party advertisers

Our site includes links to other websites which are not our subsidiary or affiliated companies. These websites are not owned or operated by us and we are not responsible for their actions or activities. We encourage you to review the privacy and security policies of these websites and advertisers. We do not provide personally identifiable information to these advertisers or third party websites.

Third party vendors, including Google, may show ads for Christianbook.com on websites across the internet. Some of these ads may be served based on information collected from the Christianbook.com website through the use of cookies. The Network Advertising Initiative ("NAI") is a cooperative of online marketing and analytics companies which provides information regarding Internet advertising and marketing companies. The NAI website provides an opt-out tool which allows consumers to opt-out of the advertising delivered by NAI member companies. The NAI opt-out tool is located at **http://www.networkadvertising.org/managing/opt_out.asp**.

## Conditions of use

Your use of this website and the purchase of products and services through this website are subject to the terms and conditions of this Privacy Policy and the Terms of Use Agreement which is **available here**.

## Changes to Privacy Policy

Christianbook.com reserves the right, in its sole discretion, to modify and amend this Privacy Policy in any manner at any time by posting a change notice or new Privacy Policy on our website.

---

**SIGN UP TO RECEIVE EXCLUSIVE EMAIL OFFERS**
YOU CAN UNSUBSCRIBE AT ANY TIME

Enter Email Address  [SIGN UP]

**CONNECT WITH US**

**ACCOUNT**
Checkout
Account
Order History
Wishlist
Cart
Subscribe Email
Unsubscribe Email

**SHIPPING & RETURNS**
Shipping Rates
Easy Returns

**SERVICES**
Affiliate Program
Gift Cards
Membership
Self-Publishing

**CATALOG**
Catalog Quick Shop
Online Catalogs
Request our Catalogs

**COMMUNITY**
Daily Devotions
Social Media
Author Profiles

**ABOUT US**
Company Info.
Job Opportunities

**HELP**
Customer Service
FAQ

**SHOPS**
Bibles
Homeschool
Bargains
VBS
Christian Living
Toys
Gifts
Kids
DVDs
Fiction
Music
Academics

---



**1-800-CHRISTIAN**
1-800-247-4784
(International: 978-977-5000)

customer.service@christianbook.com

140 Summit St. Peabody, MA 01960

Conditions of Use    Privacy Notice    © 2016 Christianbook.com, LLC    * 23 *

    

Christian Book Distributors

CB-00000056