UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

       Plaintiff,                              Case No. 1:22–cv–304

v.                                        Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

       Defendant.
_____/

## ORDER

    The Court GRANTS defendant's unopposed motion to file certain documents and references under seal (ECF No. 67).

    IT IS SO ORDERED.

Dated:  April 10, 2023                              /s/ Ray Kent
                                                             RAY KENT
                                                             U.S. Magistrate Judge