IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>Defendant. | Case No. 1:22-cv-00304-HYJ-RSK<br><br>Honorable Hala Y. Jarbou<br><br>**JURY TRIAL DEMANDED** |

**CERTIFICATE REGARDING MOTION
CONCURRENCE PER LOCAL RULE 7.1(D)**

Pursuant to LCivR 7.1(d), on May 3, 2023, counsel for Plaintiff contacted Defendant's counsel regarding the sealing of any discussion of the Confidential Documents referenced in Plaintiff's contemporaneously-filed Motion to Seal, and, on May 4, 2023, Defendant was provided with the documents to be filed under seal and the type of redactions otherwise to be made. Counsel for Defendant communicated that it does not oppose this Motion to Seal.[1]

Dated: May 4, 2023                         Respectfully submitted,

---

[1] Plaintiff is further required to file a motion to seal and seek permission by the Court to file corresponding material under seal. ECF No. 35, PageID.1331.

1

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

>    */s/ E. Powell Miller*
>    E. Powell Miller (P39487)
>    **THE MILLER LAW FIRM, P.C.**
>    950 W. University Dr., Ste. 300
>    Rochester, MI 48307
>    Tel: (248) 841-2200
>    epm@millerlawpc.com