# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>Defendant. | Case No. 1:22-cv-00304-HYJ-RSK<br><br>Honorable Hala Y. Jarbou<br><br>**PLAINTIFF'S MOTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF PLAINTIFF'S MOTION FOR RELIEF FROM JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e) & FED. R. CIV. P. 60(b) AND FOR LEAVE TO FILE SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15(a)**

1

Plaintiff Timothy Bozung, individually and on behalf of all others similarly situated, files this Motion for Leave to File a Reply in Support of his Motion for Relief From Judgment pursuant to Federal Rules of Civil Procedure 59(e) and 60(b), and for Leave to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a):

1.  On March 6, 2023, the Court issued its Order granting Defendant's Motion to Dismiss, ECF No. 52, and entered a Judgment dismissing the Complaint without prejudice. ECF No. 53.

2.  On March 14, 2023, Plaintiff filed his Motion for Relief From Judgment pursuant to Federal Rules of Civil Procedure 59(e) and 60(b), and for Leave to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). ECF Nos. 58, 59; Plaintiff included as Exhibit 1 thereto Plaintiff's proposed Second Amended Class Action Complaint.

3.  As described in Plaintiff's above Motion, Plaintiff has uncovered additional factual information that further bolsters the central allegations that Defendant disclosed its Michigan customers' Private Reading, Listening, and Viewing Information during the relevant time period in violation of the Michigan PPPA.

4.  On April 4, 2023, Defendant filed its Response in Opposition to Plaintiff's Motion for Relief From Judgment pursuant to Federal Rules of Civil

Procedure 59(e) and 60(b), and for Leave to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a). *See* ECF No. 70.

5. Plaintiff seeks leave of the Court to file Plaintiff's proposed Reply brief so that Plaintiff may properly address contentions raised in Defendant's Response brief and to provide the Court with a fuller picture regarding the contentions that Defendant raises.

6. Attached as **Exhibit I** hereto is Plaintiff's proposed Reply brief in Support of Plaintiff's Motion for Relief From Judgment pursuant to Federal Rules of Civil Procedure 59(e) and 60(b), and for Leave to File a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a); the proposed Reply brief contains 4,296 words.

7. On May 3, 2023, counsel for Plaintiff contacted counsel for Defendant regarding concurrence in this Motion. On May 4, 2023, counsel for Defendant communicated to counsel for Plaintiff that Defendant does not oppose Plaintiff's Motion for Leave to File a Reply.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff's request herein, granting Plaintiff leave to file Plaintiff's proposed Reply in support of Plaintiff's request for relief from judgment pursuant to Fed. R. Civ. P. 59(e) and/or Fed. R. Civ. P. 60(b), and leave to file the proposed Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a).

Dated: May 4, 2023                    Respectfully submitted,

/s/ E. Powell Miller
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese
Philip L. Fraietta (P85228)
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
Arun G. Ravindran
**HEDIN HALL LLP**
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
fhedin@hedinhall.com
aravindran@hedinhall.com

*Counsel for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2023, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com