UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

       Plaintiff,　　　　　　　　　　Case No. 1:22–cv–304

v.　　　　　　　　　　　　　　　　Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

       Defendant.
_____/

## ORDER

    The Court having reviewed Plaintiff's Motion for Leave to File a Reply in Support of Plaintiff's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 59(e) & Fed. R. Civ. P. 60(b) and for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) (ECF No. 76), **IT IS ORDERED** that Plaintiff's motion (ECF No. 76) is **GRANTED**. The Clerk of Court is directed to accept Plaintiff's reply (ECF No. 76–1) for filing.

    IT IS SO ORDERED.

Dated:  May 4, 2023　　　　　　　　　　　　　　/s/ Hala Y. Jarbou
　　　　　　　　　　　　　　　　　　　　　　　　HALA Y. JARBOU
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge