# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>Defendant. | Case No. 1:22-cv-00304-HYJ-RSK<br><br>Honorable Hala Y. Jarbou<br><br>**PLAINTIFF'S MOTION**<br><br>**JURY TRIAL DEMANDED** |

### DECLARATION OF PHILIP L. FRAIETTA

I, Philip L. Fraietta, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a partner at Bursor & Fisher, P.A., one of the counsel of record for Plaintiff Timothy Bozung ("Plaintiff") in this action.  I am an attorney at law licensed to practice in the States of Michigan, New York, New Jersey, and Illinois, and I am a member of the bar of this Court.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2.      I make this declaration in support of Plaintiff's unopposed motion for preliminary approval of class action settlement filed herewith. Motion for Relief From  Judgment Pursuant to Fed. R. Civ. P. 59(e)  & Fed. R. Civ. P. 60(b) and for

Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(A).

3.    On March 6, 2023, as one of the counsel for Plaintiff, I received

certain discovery material in this matter from ███████████████████████

███████.

4.    Attached hereto as **Exhibit 1** is a copy of the cover letter from

████████ which references the discovery material being transmitted to counsel for

Plaintiff on March 6, 2023.

5.    This material was received mere hours before the Court's issuance of

its March 6, 2023 Opinion and Order, ECF Nos. 51 and 52.

I declare under penalty of perjury that the above and foregoing is true and

accurate.  Executed this 3rd day of May at New York, New York.

_____

Philip L. Fraietta

2