# Exhibit 1

# JONES DAY

110 NORTH WACKER DRIVE • SUITE 4800 • CHICAGO, ILLINOIS 60606

TELEPHONE: +1.312.782.3939 • JONESDAY.COM

DIRECT NUMBER: 3122694134
KATHERINESMITH@JONESDAY.COM

March 6, 2023

<u>VIA E-MAIL ONLY</u>

Philip L. Fraietta
Bursor & Fraietta, Bursor & Fisher, P.A.
888 7th Ave.
New York, NY 10019

           Re:    <u>Timothy Bozung v. Christianbook, LLC, Case No. 1:22-cv-00304</u>

Dear Counsel:

      I write in response to Plaintiff Timothy Bozung's ("Plaintiff") January 10, 2023 subpoenas to ███████████████████████████████ objections attached.

      A separate email with an FTP link to ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

      Per our conversations on this matter and subject to the attached objections, ████████████████████████████████████████████████████████

                                    Very truly yours,

                                    Katherine E. Smith

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON