UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

    Plaintiff,

v.

                                                          Case No. 1:22-cv-304

CHRISTIANBOOK, LLC,

                                                          Hon. Hala Y. Jarbou

    Defendant.
_____/

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Plaintiff's motion to alter or amend judgment and for leave to amend the complaint (ECF No. 58) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court's judgment (ECF No. 53) is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall have seven days from this date to **SHOW CAUSE** why the Court should not unseal the unredacted version of the proposed second amended complaint (ECF No. 60-1).

Neither party is obligated to respond. If there is no response by any party in the time permitted, or if the Court concludes after reviewing any response that sealing is not warranted, then the Court will order the Clerk of the Court to file the proposed second amended complaint in unredacted form on the public docket as the second amended complaint.

Dated: July 14, 2023                                        /s/ Hala Y. Jarbou
                                                                          HALA Y. JARBOU
                                                                   CHIEF UNITED STATES DISTRICT JUDGE