**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>Defendant. | Hon. Hala Y. Jarbou<br>Case No. 22-cv-00304-HYJ-RSK |

**STIPULATION TO EXTEND RESPONSE TIME**

The Parties, through undersigned counsel, stipulate that Defendant has until August 24, 2023 to respond to Plaintiffs' Second Amended Complaint. The Parties agree to the extension in light of the Court's order granting Plaintiffs' Motion to Alter or Amend Judgment and for Leave to Amend the Complaint (ECF No. 85).

The Parties have stipulated to the extension described above and request that the Court issue an Order incorporating the agreed upon extension

*SIGNATURES FOLLOW ON THE NEXT PAGE*

1

Date: August 4, 2023

        */s/ Matthew J. Boettcher*
        Matthew J. Boettcher
        Mboettcher@plunkettcooney.mom
        Patrick C. Lannen
        Plannen@plunkettcooney.com
        Plunkett Cooney, PC
        38505 Woodward Ave., Ste. 100
        Bloomfield Hills, MI 48304
        Tel.:  (248) 901-4035
        Fax:  (248) 901-4040

        Jennifer L. Chunias
        JChunias@goodwinlaw.com
        Dylan E. Schweers
        DSchweers@goodwinlaw.com
        Goodwin Procter LLP
        100 Northern Avenue
        Boston, Massachusetts 02210
        Tel.:  (617) 570 1000
        Fax.:  (617) 523 1231

        *Attorneys for the Defendant*

Date: August 4, 2023

*/s/ E. Powell Miller*
E. Powell Miller
epm@millerlawpc.com
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel.: (248) 841-2200

Joseph I. Marchese
jmarchese@bursor.com
Philip L. Fraietta
pfraietta@bursor.com
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, New York 10019
Tel.: (646) 837 7150

Frank S. Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel.: (305) 357 2107

*Attorneys for the Plaintiff and the Putative Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 4, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

*/s/ Matthew J. Boettcher*
Matthew J. Boettcher

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

|  |  |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated, <br><br>Plaintiff, <br><br>v. <br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC, <br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Hon. Hala Y. Jarbou <br> Case No. 22-cv-00304-HYJ-RSK |

**ORDER TO EXTEND RESPONSE TIME**

Pursuant to the August 4, 2023 Stipulation of the Parties, Defendant's response to Plaintiffs' Second Amended Complaint shall be filed on or before August 24, 2023.

**IT IS SO ORDERED.**

Dated: _____

Hon. Hala Y. Jarbou
United States District Court
Western District of Michigan

5