IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>Defendant. | Hon. Hala Y. Jarbou<br>Case No. 22-cv-00304-HYJ-RSK |

**BRIEF IN SUPPORT OF JOINT MOTION FOR TEMPORARY STAY**

The Parties, through their undersigned counsel, and in support of their Joint Motion for a Temporary Stay, rely on the content of their Motion.

*SIGNATURES FOLLOW ON THE NEXT PAGE*

1

Date: August 17, 2023

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias
JChunias@goodwinlaw.com
Dylan E. Schweers
DSchweers@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231


Matthew J. Boettcher
Mboettcher@plunkettcooney.mom
Patrick C. Lannen
Plannen@plunkettcooney.com
Plunkett Cooney, PC
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel.: (248) 901-4035
Fax: (248) 901-4040


*Attorneys for the Defendant*

Date: August 17, 2023

*/s/ E. Powell Miller (with permission)*
E. Powell Miller
epm@millerlawpc.com
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel.: (248) 841-2200

Joseph I. Marchese
jmarchese@bursor.com
Philip L. Fraietta
pfraietta@bursor.com
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, New York 10019
Tel.: (646) 837 7150

Frank S. Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel.: (305) 357 2107

*Attorneys for the Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 17, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

*/s/ Jennifer L. Chunias*
Jennifer L. Chunias