UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

        Plaintiff,                                        Case No. 1:22–cv–00304–HYJ–RSK

        v.                                                 Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

        Defendant.
_____/

## ORDER

The Court having reviewed the Parties' Joint Motion for Temporary Stay (ECF No. 90), **IT IS ORDERED** that the Parties' motion (ECF No. 90) is **DENIED**.

IT IS SO ORDERED.

Dated:  August 17, 2023                          /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                   Chief United States District Judge