IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC, <br><br> Defendant. | Hon. Hala Y. Jarbou <br> Case No. 22-cv-00304-HYJ-RSK |

**JOINT NOTICE OF PARTIES' SELECTION OF MEDIATOR**

Pursuant to the Case Management Order, ¶ 6 (ECF No. 86, PageID.2048), the Parties, through their respective counsel, have mutually selected the Honorable Frank Maas of JAMS, formerly a Magistrate Judge for the Southern District of New York to serve as mediator in this matter, and have selected a mediation date of September 26, 2023. *See also* ECF No. 90, PageID.2101. The Parties aver that, even though The Honorable Judge Maas is not listed on the Western District's approved mediator list,[1] that Judge Maas will be able to provide exemplary assistance in resolving this matter. The Honorable Judge Maas has substantial experience conducting mediations in cases involving the Michigan PPPA, including cases in this District, in addition to his experience as a federal magistrate judge.

(signatures on following pages)

---

[1] *See* https://www.miwd.uscourts.gov/sites/miwd/files/vfm_list.pdf.

1

Date: August 22, 2023

/s/ E. Powell Miller
E. Powell Miller
epm@millerlawpc.com
The Miller Law Firm, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel.: (248) 841-2200

Joseph I. Marchese
jmarchese@bursor.com
Philip L. Fraietta
pfraietta@bursor.com
Bursor & Fisher, P.A.
888 Seventh Avenue
New York, New York 10019
Tel.: (646) 837 7150

Frank S. Hedin
fhedin@hedinhall.com
Arun G. Ravindran
aravindran@hedinhall.com
Hedin Hall LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel.: (305) 357 2107
*Attorneys for the Plaintiff and the Putative Class*

<u>*/s/ Jennifer L. Chunias (w/permission)*</u>
Jennifer L. Chunias
JChunias@goodwinlaw.com
Dylan E. Schweers
DSchweers@goodwinlaw.com
Goodwin Procter LLP
100 Northern Avenue
Boston, Massachusetts 02210
Tel.:  (617) 570 1000
Fax.:  (617) 523 1231

Matthew J. Boettcher
Mboettcher@plunkettcooney.mom
Patrick C. Lannen
Plannen@plunkettcooney.com
Plunkett Cooney, PC
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
Tel.:  (248) 901-4035
Fax:  (248) 901-4040

*Attorneys for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 22, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

*/s/ E. Powell Miller*
E. Powell Miller
