## **INDEX OF EXHIBITS**

1- Plaintiff's Aug. 2, 2023 First Set of Requests for Production

2- Defendant's Sept. 29, 2023 Responses and Objections

3- Defendant's Oct. 11, 2023 Email Correspondence