UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

        Plaintiff,                        Case No. 1:22–cv–00304–HYJ–RSK

v.                                    Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing on the following motion(s) has been scheduled as set forth below:

Motion(s):             Motion to Compel – #96
Date/Time:            November 9, 2023   02:00 PM
Magistrate Judge:    Ray Kent
Place/Location:      584 Federal Building, Grand Rapids, MI

**If the parties have resolved any portion of the motion(s), they shall file a joint status report two business days before the hearing identifying what issues remain in dispute.**

                                                    RAY KENT
                                                    U.S. Magistrate Judge

Dated:  October 12, 2023        By:    /s/ Faith Hunter Webb_____
                                                     Judicial Assistant