## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

_____
)
)
TIMOTHY BOZUNG, individually and on    )
behalf of all others similarly situated,    )
)
Plaintiff,    )
)        Hon. Hala Y. Jarbou
v.    )        Case No. 22-cv-00304-HYJ-RSK
)
CHRISTIANBOOK, LLC f/k/a CHRISTIAN    )
BOOK DISTRIBUTORS CATALOG, LLC,    )
)
Defendant.    )
_____)

## ORDER

This matter comes before the Court on the Defendant's Motion for Leave to Withdraw as Counsel of Record.  After considering the Motion, IT IS HEREBY ORDERED THAT: Jennifer L. Chunias is removed as counsel of record for the Defendant.

**IT IS SO ORDERED.**

Dated:                                                      _____
                                                              Hon. Hala Y. Jarbou
                                                              United States District Court
                                                              Western District of Michigan

3