# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC, <br><br> Defendant. | Hon. Hala Y. Jarbou <br> Case No. 22-cv-00304-HYJ-RSK |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD

Pursuant to Local General Rule 2.5, it is hereby requested that the appearance of Timothy Bazzle of Goodwin Procter LLP be withdrawn as counsel for Defendant Christianbook, LLC and the Court enter the proposed order attached hereto. The Defendant will continue to be represented by Daniel M. Blouin of Winston & Strawn LLP and Matthew Joseph Boettcher and Patrick C. Lannen of Plunkett Cooney. This motion is unopposed by Plaintiff.

Date: October 23, 2023

                                               */s/ Timothy Bazzle*
                                               Timothy Bazzle
                                               TBazzle@goodwinlaw.com
                                               Goodwin Procter LLP
                                               100 Northern Avenue
                                               Boston, Massachusetts 02210
                                               Tel.: (617) 570 1000
                                               Fax.: (617) 523 1231

                                               *Attorneys for the Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 23, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which caused it to be served on all counsel of record.

*/s/ Timothy Bazzle*