# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

|  |  |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC,<br><br>Defendant. | Hon. Hala Y. Jarbou<br>Case No. 22-cv-00304-HYJ-RSK |

## **ORDER**

This matter comes before the Court on the Defendant's Motion for Leave to Withdraw as Counsel of Record. After considering the Motion, IT IS HEREBY ORDERED THAT: Dylan E. Schweers is removed as counsel of record for the Defendant.

**IT IS SO ORDERED.**

Dated: _____

                                          Hon. Hala Y. Jarbou
                                          United States District Court
                                          Western District of Michigan