**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated, | ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC, | ) ) ) |
| Defendant. | ) ) |

Hon. Hala Y. Jarbou
Case No. 22-cv-304-HYJ-RSK

## ORDER

This matter comes before the Court on the Defendant's Motions for Leave to Withdraw as Counsel of Record (ECF Nos. 103, 104 and 105).  After considering the Motions, IT IS HEREBY ORDERED THAT: Jennifer L. Chunias, Timothy Bazzle and Dylan Schweers are removed as counsel of record for the Defendant.

**IT IS SO ORDERED.**

Dated: October 23, 2023

/s/Hala Y. Jarbou
HALA Y. JARBOU
Chief United States District Judge

3