IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC.,<br><br>　　　　　　　Defendant. | Case No. 2:22-cv-304<br><br>Hon. Hala Y. Jarbou<br>Mag. Ray Kent |

**JOINT NOTICE OF SETTLEMENT**

　　The parties in the above-captioned matter hereby advise the Court that, with the assistance of the facilitative mediator, The Honorable Frank Maas (Ret.), they have reached a settlement and are in the process of effectuating that settlement. The parties anticipate filing a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with the Court on or before December 4, 2023, which will allow the parties sufficient time to finalize and execute their settlement agreement and effectuate the terms of the same.

　　The parties respectfully request that the Court terminate all deadlines and hearings, including the November 27, 2023, hearing on Plaintiff's pending motion to compel, and direct the parties to file a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) with the Court on or before December 4, 2023.

Dated: November 13, 2023         Respectfully submitted,

<div style="margin-left:3em">

*/s/ E. Powell Miller*
E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Attorneys for Plaintiff*

</div>

Dated:  November 13, 2023         Respectfully submitted,

<div style="margin-left:3em">

 */s/ Daniel M. Blouin w/permission*
Daniel M. Blouin
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
DBlouin@winston.com

Matthew J. Boettcher (P40929)
Patrick C. Lannen
PLUNKETT COONEY
38505 Woodward Ave., Suite 100

</div>

2

        Bloomfield Hills, MI 48304
        (248) 901-4035
        mboettcher@plunkettcooney.com
        plannen@plunkettcooney.com

        *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2023, I electronically filed the foregoing document(s) using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                          */s/ E. Powell Miller*
                                        E. Powell Miller (P39487)
                                        **THE MILLER LAW FIRM, P.C.**
                                        950 W. University Dr., Ste. 300
                                        Rochester, MI 48307
                                        Tel: (248) 841-2200
                                        epm@millerlawpc.com