UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


TIMOTHY BOZUNG,

     Plaintiff,

                                    Case No. 1:22-cv-304

v.

                                    Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

     Defendant.

_____/

## **ORDER**

The Court having been advised of the parties' agreement to settle this matter, by way of a Notice of Settlement (ECF No. 107), filed on November 13, 2023,

**IT IS ORDERED** that appropriate stipulated dismissal papers, prepared for entry by Chief United States District Judge Hala Y. Jarbou, shall be filed with the Court on or before **December 4, 2023**.  If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case shall be dismissed without prejudice and without costs, pursuant to W.D. Mich. LCivR 41.1.


Dated: November 13, 2023                  /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE