UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

        Plaintiff,                      Case No. 1:22−cv−00304−HYJ−RSK

v.                                     Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

        Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

The hearing regarding motion to compel [96] set in this matter for **November 27, 2023, at 10:30 AM** is hereby **CANCELLED.**

                                      U.S. Magistrate Judge

Dated:  November 14, 2023      By:   /s/ Faith Hunter Webb_____
                                                  Judicial Assistant