# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| TIMOTHY BOZUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIANBOOK, LLC f/k/a CHRISTIAN BOOK DISTRIBUTORS CATALOG, LLC.,<br><br>Defendant. | Case No. 2:22-cv-304<br><br>Hon. Hala Y. Jarbou<br>Mag. Ray Kent |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiff Timothy Bozung ("Plaintiff") and Defendant Christianbook, LLC f/k/a Christian Book Distributors Catalog, LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties agree to the voluntary dismissal of Plaintiff's claims with prejudice, with each party to bear their own attorneys' fees and costs. Accordingly, Plaintiff hereby voluntarily dismisses his claims with prejudice.

[REMAINDER OF PAGES INTENTIONALLY LEFT BLANK, SIGNATURE PAGE TO FOLLOW]

Dated: December 4, 2023                    Respectfully submitted,

/s/ E. Powell Miller
E. Powell Miller (P39487)
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200
epm@millerlawpc.com

Joseph I. Marchese (P85862)
Philip L. Fraietta (P85228)
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163
jmarchese@bursor.com
pfraietta@bursor.com

Frank S. Hedin
David W. Hall
HEDIN HALL LLP
1395 Brickell Avenue, Suite 1140
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801
fhedin@hedinhall.com
dhall@hedinhall.com

*Attorneys for Plaintiff*

Dated:  December 4, 2023                   Respectfully submitted,

 /s/ Daniel M. Blouin w/permission
Daniel M. Blouin
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
(312) 558-5600
DBlouin@winston.com

Matthew J. Boettcher (P40929)
Patrick C. Lannen
PLUNKETT COONEY
38505 Woodward Ave., Suite 100

Bloomfield Hills, MI 48304
(248) 901-4035
mboettcher@plunkettcooney.com
plannen@plunkettcooney.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the electronic filing system, which will send notification of such filing to all counsel of record at their respective addresses as disclosed on the pleadings.

By: /s/ *E. Powell Miller*
E. Powell Miller (P39487)

*Attorney for Plaintiff*