UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY BOZUNG,

    Plaintiff,

v.

    Case No. 1:22-cv-304

    Hon. Hala Y. Jarbou

CHRISTIANBOOK, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL

The Court having reviewed the parties' stipulation for dismissal (ECF No. 110),

**IT IS ORDERED** that the parties' stipulation (ECF No. 110) is **GRANTED**; this action is **DISMISSED** with prejudice and with each party to bear their own attorneys' fees and costs.

Dated: December 4, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE